## SAMUEL H. ADAMS *v.* PLAZA CONSTRUCTION COMPANY.

[No. 44, January Term, 1929.]

*Decided April 2nd, 1929.*

The cause was argued before Bond, C. J., Urner, Adkins, Offutt, Digges, Parke, and Sloan, JJ.

*Wirt A. Duvall, Jr.,* for the appellant.

*C. Alex. Fairbank, Jr.,* with whom was *J. Milton Brandt* on the brief, for the appellee.

Sloan, J., delivered the opinion of the Court, affirming the decree.